## Commonwealth *v.* King, Appellant.

Before LAGAKOS, J.

Argued December 15, 1975. *Wayne R. Cromie,* with him *I. Harry Checchio,* for appellant; *Allan J. Sagot,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kolosinsky, Appellant.

Before GARDNER, P. J.

Argued December 9, 1975. *John J. Hovan,* for appellant; *James E. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.